UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

R.H., by and through his parent and
next friend, CHANTELL HOSIER,

    Plaintiff,

v.

SCHENECTADY CITY SCHOOL
DISTRICT; et al.,

    Defendants.
_____

ORDER TO SHOW CAUSE

Civil Action No. 1:10-CV-640
(LEK/DRH)

    Upon the supporting declarations together with the complaint and all documents filed with the court and proceedings heretofore had herein,

    **LET THE DEFENDANTS SHOW CAUSE** before this court, to be held in the United States District Court for the Northern District of New York at the United States Courthouse in Albany, New York, on June _11_, 2010, at _10:00_ _A_.m., or soon thereafter as counsel can be heard,

    **WHY AN ORDER SHOULD NOT BE MADE AND ENTERED** preliminarily enjoining each and every defendant and their agents, servants, employees, attorneys, officers, and successors in office, and all those persons in active concert or participation with them, pursuant to Federal Rule of Civil Procedure 65, from preventing plaintiff R.H. from attending public school in the Schenectady City School District while wearing a rosary outside his shirt.

    **SUFFICIENT CAUSE APPEARING THEREFOR,** let personal service of a copy of this Order to Show Cause, together with a copy of the papers upon which it is granted, on Shari Greenleaf, School Attorney, Schenectady City School District, 108 Education Drive,

Schenectady, New York 12303, e-mail address: greenleafs@schenectady.k12.ny.us, be deemed good and sufficient service on defendants; and it is further

**ORDERED**, for the time being and until a decision as to plaintiff's application for a preliminary injunction, that defendants and their agents, servants, employees, attorneys, officers, and successors in office, and all those persons in active concert or participation with them, are temporarily and immediately enjoined from preventing plaintiff R.H. from attending public school in the Schenectady City School District while wearing outside his shirt a rosary; and it is further

**ORDERED** that, any answering papers by defendants hereto shall be electronically filed and served on plaintiff's attorneys on or before 12:00 p.m., June 8, 2010.

Dated: June 1, 2010
Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge

2